■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. RUCH, Appellant. [733 NYS2d 668] —Judgment unanimously affirmed. Memorandum: Defendant contends that reversal is required based on County Court's refusal to dismiss two prospective jurors for cause. We disagree. "[B]ecause defendant had not exercised all of his peremptory challenges by the completion of jury selection, even an erroneous ruling denying a challenge for cause would not constitute reversible error"

(*People v Martinez,* 237 AD2d 217, *lv denied* 90 NY2d 941; *see,* CPL 270.20 [2]; *People v Brown,* 269 AD2d 817, *lv denied* 95 NY2d 794; *People v Jackson,* 262 AD2d 1031, *lv denied* 94 NY2d 881). Contrary to defendant's further contention, the record establishes that the People served a CPL 710.30 notice. (Appeal from Judgment of Chautauqua County Court, Ward, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.